# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JILL AND JOHN DOE, AS PARENTS AND LEGAL GUARDIANS OF JACK DOE, A MINOR,

        Petitioners

v.

BRIGHT HORIZONS CHILDREN'S CENTER, LLC, BRIGHT HORIZONS FAMILY SOLUTIONS, LLC, BRIGHT HORIZONS CHILDREN'S CENTER, INC., BRIGHT HORIZONS FAMILY SOLUTIONS, INC., BRIGHT HORIZONS LIMITED PARTNERSHIP HILDEBRANDT LEARNING CENTERS, LLC PENNSYLVANIA STATE UNIVERSITY, CREATIVE BEGINNINGS CHILD CARE, LLC, CREATIVE BEGINNINGS CHILD CARE CENTER, BRIGHT HORIZONS, INC., BRIGHT HORIZONS, LLC,

        Respondents

: No. 521 EAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.